IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CYNTHIA R. PEREZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO.  2:16-cv-436 |
| | § | |
| BENJAMIN ORTIZ, KNIGHT | § | |
| TRANSPORTATION AND KNIGHT | § | |
| TRANSPORTATION, INC. | § | JURY REQUESTED |

<u>DEFENDANTS' NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, BENJAMIN ORTIZ, KNIGHT TRANSPORTATION AND KNIGHT TRANSPORTATION, INC., and hereby give notice of their removal of Cause No. 2016CCV-62108-1 filed in the County Court at Law No. One (1) of Nueces County, Texas, to the United States District Court for the Southern District of Texas pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

**Factual Background**

1.       On or about November 14, 2014, Plaintiff claims she was injured when her vehicle was struck by a Knight Transportation tractor and trailer in Nueces County, Texas.  Plaintiff filed suit in state court.

2.       Plaintiff filed suit in state court on September 12, 2016.  Service of Citation and Petition with Requests for Disclosure on Knight Transportation and Knight Transportation, Inc. by service on the Chair of the Texas Transportation Commission on September 28, 2016.  Service of Citation and Petition with Requests for Disclosure was on Benjamin Ortiz by service on the Chair of the Texas Transportation Commission on September 28, 2016.  In Plaintiff's Petition there is a monetary claim for damages in an amount greater than $100,000.00, which exceeds the

jurisdictional minimum. The case has been on file for less than one year. Removal is both timely and appropriate.

## Basis for Removal and Jurisdiction

~~3.~~     This cause may be removed pursuant to 28 U.S.C. § 1441(a). "[A]ny civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . , to the district court of the United States for the district and division embracing the place where such action is pending." This Court has jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy is greater than $75,000.00.

## Full Diversity Between the Parties

### *Complete Diversity of Citizenship*

4.     To have diversity of citizenship, each plaintiff must have a different citizenship from each defendant. 28 U.S.C. § 1332. Complete diversity of citizenship exists between the parties as the Plaintiff is a Texas citizen and none of the Defendants are Texas citizens or corporations

5.     Plaintiff, Cynthia R. Perez, is a resident and citizen of the State of Texas.

6.     Defendant, Benjamin Ortiz, is a resident and citizen of the State of Florida.

7.     Defendants, Knight Transportation and Knight Transportation, Inc. is an Arizona corporation with its principal place of business in Arizona.

### *Amount in Controversy*

8.     In order for diversity jurisdiction to exist, the amount in controversy must exceed $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

9.     In papers filed in State court, Plaintiff alleges damages being sought are over $100,000.00, but not more than $200,000.00.

## Removal is Timely and Appropriate

10.     If the plaintiff creates diversity jurisdiction sometime after filing the initial complaint, the defendant has one year from the commencement of the suit to remove.  28 U.S.C. § 1446(b).  A defendant has 30 days to remove a civil action after receipt of the first pleading or other paper that establishes the jurisdictional grounds.  28 U.S.C. § 1446(b).  When diversity is the basis for removal, the defendant can rely on the plaintiff's voluntary assertion of damages within the complaint to meet the monetary jurisdictional requirement for diversity.  *S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996).    "The burden of establishing subject matter jurisdiction in federal court rests on the party seeking to invoke it." *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). Here, Plaintiff's Pleading voluntarily asserts an amount in controversy in excess of at least $100,000.00.  This removal is filed within the thirty (30) days of the service of Plaintiff's Petition.  The removal is both timely and appropriate.

## Jury Demanded

11.     Defendants request that the case be tried before a jury.

## Consent of Served Defendants

12.     Defendants, Knight Transportation, Knight Transportation, Inc. and Benjamin Ortiz, have been properly served and consent to this removal.

## Compliance with Local Rule and Notice Requirements

14.     Pursuant to 28 U.S.C. § 1446 and Local Rule 81, the following documents are attached to this Notice:

> Exhibit A ........... Plaintiff's Original Petition with Civil Case Information Sheet
>
> Exhibit B ........... Citation Request Sheet
>
> Exhibit C……..Citation for Personal Service - Resident

Exhibit D……..Affidavit of Delivery on Texas Transportation Commission on Benjamin Ortiz

Exhibit E……… Affidavit of Delivery on Texas Transportation Commission on Knight Transportation and Knight Transportation, Inc.

Defendants know of no orders signed by the state judge.

15.     Pursuant to 28 U.S.C. 1446(d), written notice of the filing of this instrument will be given to Plaintiff.  A true and correct copy of this Notice of Removal will also be attached as an exhibit with the written Notice of Removal filed with the clerk of the state court.

Respectfully submitted,

/s/ Roger D. Oppenheim
_____
Roger D. Oppenheim
FBN:  14206
SBN:  15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
BENJAMIN ORTIZ, KNIGHT TRANSPORTATION
AND KNIGHT TRANSPORTATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2016, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Mr. David A. Huerta
Huerta Guerra Beam, PLLC
924 Leopard Street
Corpus Christi, TX 78401
dhuerta@hgblawfirm.com


/s/ Roger D. Oppenheim
_____
Roger D. Oppenheim

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CYNTHIA R. PEREZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO.  2:16-cv-436 |
| | § | |
| BENJAMIN ORTIZ, KNIGHT | § | |
| TRANSPORTATION AND KNIGHT | § | |
| TRANSPORTATION, INC. | § | JURY REQUESTED |

## INDEX OF MATTERS BEING FILED

Defendants, KNIGHT TRANSPORTATION, KNIGHT TRANSPORTATION, INC. AND

BENJAMIN ORTIZ, in connection with the removal of this case to the United States District Court

for the Southern District of Texas, Houston Division, file their index of matters, as follows:

Exhibit A ........... Plaintiff's Original Petition with Civil Case Information Sheet

Exhibit B ........... Citation Request Sheet

Exhibit C……..Citation for Personal Service - Resident

Exhibit D……..Affidavit of Delivery on Texas Transportation Commission on
Benjamin Ortiz

Exhibit E……… Affidavit of Delivery on Texas Transportation Commission on
Knight Transportation and Knight Transportation, Inc.

Respectfully submitted,

/s/ Roger D. Oppenheim
_____

Roger D. Oppenheim
FBN:  14206
SBN:  15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
BENJAMIN ORTIZ, KNIGHT TRANSPORTATION
AND KNIGHT TRANSPORTATION, INC.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 19th day of  October, 2016, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Mr. David A. Huerta
Huerta Guerra Beam, PLLC
924 Leopard Street
Corpus Christi, TX 78401
dhuerta@hgblawfirm.com

/s/ Roger D. Oppenheim
_____
Roger D. Oppenheim

Filed
9/12/2016 3:00:44 PM
Anne Lorentzen
District Clerk
Nucces County, Texas

## CIVIL CASE INFORMATION SHEET

2016CCV-62108-1

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED: CYNTHIA R. PEREZ V. BENJAMIN ORTIZ, KNIGHT TRANSPORTATION, AND KNIGHT TRANSPORTATION, INC.

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>David A. Huerta | Email:<br>dhuerta@hgblawfirm.com | Plaintiffs:<br>Cynthia R. Perez | X  Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| Address:<br>924 Leopard St. | Telephone:<br>361.884.1632 | Defendants:<br>Benjamin Ortiz, Knight Transportation, | Additional Parties in Child Support Case: |
| City/State/Zip:<br>CCTX 78401 | Fax:<br>361.884.7013 | and Knight Transportation, Inc.<br>[Attach additional page as necessary to list all parties] | Custodial Parent: |
| Signature:<br>/s/ DAVID A. HUERTA | State Bar No:<br>00796792 | | Non-Custodial Parent:<br><br>Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions<br>(non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract:<br>____ | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br> ☐Accounting<br> ☐Legal<br> ☐Medical<br> ☐Other Professional<br>  Liability:<br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br> ☐Asbestos/Silica<br> ☐Other Product Liability<br>  List Product:<br><br>☐Other Injury or Damage:<br> Slip and fall | ☐Eminent Domain/<br> Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br>____<br><br>**Related to Criminal<br>Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br> Pre-indictment<br>☐Other: ____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br> ☐With Children<br> ☐No Children<br><br><br>**Other Family Law**<br>☐Enforce Foreign<br> Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br> of Minority<br>☐Other: ____ | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br> Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental<br> Rights<br>☐Other Parent-Child:<br>____ |

| **Employment** | **Other Civil** | | | |
|---|---|---|---|---|
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br> Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: ____ | | |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: ____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☒Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☐Over $1,000,000

DEFENDANT'S
EXHIBIT
A
ALL-STATE LEGAL®

Rev 2/13

Filed
9/12/2016 3:00:44 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

Cause No. _____
2016CCV-62108-1

| Cynthia R. Perez | § | In County Court |
| | § | |
| vs. | § | |
| | § | At Law No. _____ |
| Benjamin Ortiz, Knight Transportation, | § | |
| and Knight Transportation, Inc. | § | |
| | § | Nueces County, Texas |

## PLAINTIFF'S ORIGINAL PETITION

### 1. Discovery Level and Requests for Disclosure

1.1    Plaintiff requests that the Court issue an order providing for "Level 3" Discovery pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

1.2    **Each Defendant is requested to disclose, within fifty (50) days of service of this petition, the information or material described in T.R.C.P. 194.2(a)-(l).**

### 2. Parties and Service

2.1    Plaintiff is an individual who resides in Corpus Christi, Nueces County, Texas.

2.2    Defendant **Benjamin Ortiz** is an individual residing in Lutz, Florida. Defendant may be served with process at 26654 Players Cir., Apt. 3, Lutz, Hillsborough County, Florida 33559-6210, or at 4505 NW 200th St, Miami Gardens, Miami-Dade County, Florida, 33055-1514.

2.3    Defendant Benjamin Ortiz was a "Nonresident Motorist" operating a vehicle on the roadways of the State of Texas at the time of the occurrence in question. As a "Nonresident Motorist" Defendant, Benjamin Ortiz may be served pursuant to Texas C.P.R.C. § 17.061 *et seq.*, by serving the Chair of the Texas Transportation Commission.  The Chair of the Texas Transportation Commission, Mr. Tryon D. Lewis,

1

may be served by serving his designated agent for service of process, The Office of General Counsel at 125 E. 11th Street, Austin, Texas 78701-2483. Defendant Benjamin Ortiz may be served at 26654 Players Cir., Apt. 3, Lutz, Hillsborough County, Florida 33559-6210, or at 4505 NW 200 St., Miami Gardens, Miami-Dade County, Florida, 33055. Plaintiff hereby tenders the $25.00 fee to and requests the Chair of the Texas Transportation Commission to supply a certificate certifying any action or occurrence associated with the service of process.

2.4    Defendant **Knight Transportation** is a foreign entity utilizing the public roadways of the State of Texas. Defendant Knight Transportation was a "Nonresident Motorist" operating a vehicle on the roadways of the State of Texas at the time of the occurrence in question. As a "Nonresident Motorist," Defendant Knight Transportation may be served pursuant to Texas C.P.R.C. § 17.061 *et seq.*, by serving the Chair of the Texas Transportation Commission. The Chair of the Texas Transportation Commission, Mr. Tryon D. Lewis, may be served by serving his designated agent for service of process, The Office of General Counsel at 125 E. 11th Street, Austin, Texas 78701-2483. Defendant Knight Transportation may be served at 115232 Stoney Creek Road, Noblesville, Nobleville County, Indiana 46060. Plaintiff hereby tenders the $25.00 fee to and requests the Chair of the Texas Transportation Commission to supply a certificate certifying any action or occurrence associated with the service of process.

2.5    Defendant **Knight Transportation, Inc.,** is a foreign entity registered to do business in the State of Texas and may be served with citation by serving its registered

2

agent for service of process, C T Corporation System  1999 Bryan St., Ste. 900 Dallas, Dallas County, Texas 75201-3136.

2.6     Pursuant to Texas Rule of Civil Procedure 28, and for the purpose of enforcing a substantive right, Plaintiff also hereby sues all corporations, limited liability companies, partnerships, unincorporated associations, private corporations, companies of any kind, and/or individuals doing business under the assumed or common name "Knight Transportation" or any similar name, combination, or derivation, as well as any entity that owned or exercised control over the vehicle involved in a motor vehicle collision with the Plaintiff as described below.

### 3. Jurisdiction and Venue

3.1     The amount in controversy is within the jurisdictional limits of this Court.

3.2     Venue is proper in Nueces County under T.C.P.R.C. § 15.002(a)(1) because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Nueces County, Texas.

### 4. Facts

4.1     This suit arises from an auto collision that occurred in Nueces County, Texas, on or about November 14, 2014.  On that date, Defendant failed to use ordinary care in driving his vehicle and struck Plaintiff's vehicle.   As a result of the collision, Plaintiff suffered injuries.

### 5. Negligence

5.1     Defendant Ortiz had a duty to use reasonable care in driving his vehicle. On the occasion in question, Defendant failed to use reasonable care, and his negligence

proximately caused the collision in question and Plaintiffs' damages. Defendant was negligent in one or more of the following ways:

      a.    Failing to yield the right of way;

      b.    Failing to keep a proper lookout.

5.2    At the time of the incident in question, Defendant Dominguez was in the course and scope of his employment for Defendant Knight Transportation, Inc. Defendant Knight Transportation, Inc., is therefore responsible for his conduct under the doctrine of *respondeat superior*.

5.3    Defendant Knight Transportation had a duty to use reasonable care in training and supervising Defendant Dominguez and in entrusting its vehicle. Defendant Knight Transportation failed to use reasonable care, and its negligence proximately caused the collision in question and Plaintiffs' damages. Defendant was negligent in one or more of the following ways:

      a.    Hiring an unfit driver;

      b.    Failing to properly train or supervise its employee;

      c.    Failing to properly monitor its employee's driving;

      d.    Failing to adopt or implement proper policies or procedures regarding safe driving practices;

      e.    Entrusting a vehicle to a driver it knew or should have known was incompetent or reckless.

5.4    Defendants' negligence, as described above, proximately caused the incident in question and Plaintiff's damages.

### 6. Damages

6.1    As a proximate result of Defendants' negligence, Plaintiff suffered serious injuries. Plaintiff seeks recovery for all categories of damages permitted by Texas law, past and future, which may include but are not limited to:

        a.    Reasonable and necessary medical expenses;

        b.    Physical pain and suffering and mental anguish;

        c.    Physical impairment;

        d.    Loss of wage-earning capacity;

        e.    Property damage and/or diminished value of property.

6.2    Plaintiff's damages have occurred in the past and in reasonable probability will continue into the future.

## 7.  Jury Demand

7.1    Plaintiff requests a trial by jury and tenders the appropriate fee.

## 8.  Statement Required By Rule 47

8.1    Based on the information currently available, this case is subject to T.R.C.P. 47(c)(3). Plaintiff reserves the right to amend this statement as additional information becomes available. At the time of trial, Plaintiff will ask the jury to allow full compensation for all harms and losses Plaintiff has suffered as a result of Defendants' negligence and/or negligence.

## 9.  Prayer

9.1    For these reasons, Plaintiff asks that the Court issue citation for Defendants to appear and answer, and that the Court enter judgment for Plaintiff against Defendants for the following:

a.   Actual damages;

b.   Pre- and post-judgment interest to the full extent permitted by law;

c.   Costs of suit; and

d.   All other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**HUERTA GUERRA BEAM, PLLC**
924 Leopard St.
Corpus Christi, Texas 78401
(361) 884-1632
(361) 884-7013 Fax


/s/ DAVID A. HUERTA
**David A. Huerta**
State Bar No. 00796792
dhuerta@hgblawfirm.com
**Patrick L. Beam**
State Bar No. 01955560
pbeamAlerts@gmail.com

Filed
9/12/2016 3:00:44 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

## CITATION REQUEST SHEET

### *SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST*

**CAUSE NUMBER:** 2016CCV-62108-1      **DATE OF REQUEST: September 12, 2016**

### *NAME OF DOCUMENT/PLEDING TO BE SERVED:*

  Plaintiff's Original Petition and Request for Disclosure

**SERVICE BY:**
[ √] **ATTORNEY OR PROCESS SERVER:** Joe Perez         **PHONE: 361.688.0765**

[ ] CERTIFIED MAIL  [ ] RESTRICTED DELIVERY  [ ] CONSTABLE/SHERIFF  [ ] RETURN BY MAIL

[ ] COURTHOUSE POSTING  # OF DAYS TO BE POSTED:___ STATEMENT OF SUIT **(USE REVERSE SIDE)**

[ [ PUBLICATION  # OF DAYS TO BE PUBLISHED: _____

      NAME OF NEWSPAPER: _____

### *PARTY/PARTIES TO BE SERVED:*

**1. Defendant Knight Transportation, Inc.,** is a foreign entity registered to do business in the State of Texas and may be served with citation by serving its registered agent for service of process, C T Corporation System     1999 Bryan St., Ste. 900 Dallas, Dallas County, Texas 75201-3136.

**2. Defendant Knight Transportation** may be served as a non resident motorist may be served pursuant to Texas C.P.R.C. § 17.061 *et seq.*, by serving the Chair of the Texas Transportation Commission. The Chair of the Texas Transportation Commission, Mr. Tryon D. Lewis, may be served by serving his designated agent for service of process, The Office of General Counsel at 125 E. 11th Street, Austin, Texas 78701-2483. Defendant Knight Transportation may be served at 115232 Stoney Creek Road, Noblesville, Nobleville County, Indiana 46060. Plaintiff hereby tenders the $25.00 fee to and requests the Chair of the Texas Transportation Commission to supply a certificate certifying any action or occurrence associated with the service of process.

**3. Defendant Benajamin Ortiz** may be served as a non resident motorist may be served pursuant to Texas C.P.R.C. § 17.061 *et seq.*, by serving the Chair of the Texas Transportation Commission. The Chair of the Texas Transportation Commission, Mr. Tryon D. Lewis, may be served by serving his designated agent for service of process, The Office of General Counsel at 125 E. 11th Street, Austin, Texas 78701-2483. Defendant Benjamin Ortiz may be served at 26654 Players Cir., Apt. 3, Lutz, Hillsborough County, Florida 33559-6210, or at 4505 NW 200 St., Miami Gardens, Miami-Dade County, Florida, 33055.

Plaintiff hereby tenders the $25.00 fee to and requests the Chair of the Texas Transportation Commission to supply a certificate certifying any action or occurrence associated with the service of process.

### SIGNATURE REQUIRED BY ATTORNEY YOR PARTY REQUESTING PROCESS:

**NAME** /s/ DAVID A. HUERTA       **PHONE NUMBER** 361.884.1632

**MAILING ADDRESS** 924 Leopard St. Corpus Christi, Texas 78401



COPY

**Citation for Personal Service –RESIDENT**

Case Number: **2016CCV-62108-1**

THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:  **Knight Transportation, Inc.**
**By Serving Its Registered Agent**
**CT Corporation System**
**1999 Bryan St., Ste 900**
**Dallas, TX  75201-3136**
the Defendant,

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition, Civil Case Information Sheet;** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Robert J. Vargas, County Court at Law #1** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 12th day of September, 2016.  A copy of same accompanies this citation.
The file number of said suit being Number:  2016CCV-62108-1

The style of the case is:  **Cynthia R Perez  vs.  Benjamin Ortiz,Knight Transportation,Knight Transportation, Inc.**

Said Petition was filed in said court by **David A Huerta**, attorney for Plaintiff, whose address is 924 Leopard, Corpus Christi, TX  78401 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 21st day of September, 2016.

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Martha Hominick_ , Deputy
Martha Hominick



## RETURN OF SERVICE

**2016CCV-62108-1**

**CYNTHIA R PEREZ**
**VS.**
**BENJAMIN ORTIZ,KNIGHT**
**TRANSPORTATION,KNIGHT**
**TRANSPORTATION, INC.**

COUNTY COURT AT LAW #1

Name _____

**ADDRESS FOR SERVICE**
**Knight Transportation, Inc.**
By Serving its Registered Agent
CT Corporation System
1999 Bryan St., Ste 900
Dallas, TX 75201-3136

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Notice of Petition to Suspend License with the date of delivery endorsed thereon, together with the accompanying copy of the _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

| Fees: | | _____, | Officer |
|---|---|---|---|
| Serving Petition and Copy | $_____ | _____, | County, Texas |
| Total | $_____ | By _____, | Deputy |

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Notice of Petition to Suspend License shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my

     (First, Middle, Last)

address is _____

     (Street, City, State, Zip, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ _____ County, State of _____, on the _____ day of

of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

# AFFIDAVIT OF DELIVERY

State of Texas                    Nueces County                    County Court at Law Number One

Cause Number: 2016CCV-62108-1

Cynthia R. Perez, Plaintiff

vs.

Benjamin Ortiz, Knight Transportation, Knight Transportation, Inc., Defendants

DOCUMENTS: Citation for Personal Service- Department of Transportation with
                    Plaintiff's Original Petition and Civil Case Information Sheet

CAME TO MY HAND ON: September 21, 2016, at 3:15 p.m.

DOCUMENTS DELIVERED BY ME ON: September 28, 2016 at 12:02 p.m.

DELIVERED BY ME AT: 125 East 11th Street, 6th Floor
                    Austin, Travis County, Texas 78701

_____X_____ Personally delivered by me the documents (two true and correct copies of the Citation for Personal
Service with Plaintiff's Original Petition and Civil Case Information Sheet) **TO BENJAMIN ORTIZ BY
DELIVERING IN DUPLICATE COPIES TO THE TEXAS TRANSPORTATION COMISSION;
MR. TRYON D. LEWIS BY SERVING ITS DESIGNATED AGENT, THE OFFICE OF THE
GENERAL COUNSEL AND ACCEPTED BY ALICIA RAMON-KANE, ADMINISTRATIVE
ASSISTANT OFFICE OF THE GENERAL COUNSEL/AUTHORIZED PERSON.**

I, Joe R. Perez, Perez Service Company, am over the age of sixteen, and am neither a party to or interested
in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH. I
have never been convicted of a felony or misdemeanor involving moral turpitude in any State or Federal
Jurisdiction, and have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE,
VERNON'S TEXAS STATUES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable
rules and statues relating to service of citations and notices. I am certified by the Supreme Court of Texas
and whose Certification Number is SCH 1527. The expiration date is September 30, 2017.

                              _____
                              Joe R. Perez SCH 1527 Process Server
                              Perez Service Company
                              P.O. Box 18432
                              1650 South Brownlee Blvd.
                              Corpus Christi, Texas 78404

The foregoing "Affidavit of Delivery" was SWORN TO AND SUBSCRIBED BEFORE ME, the
undersigned Notary Public on the ___30th___ day of ___September___, 2016.

                              _____
                              Notary Public-State of Texas

MELISSA MARTINEZ
My Commission Expires
August 12, 2017



DEFENDANT'S
EXHIBIT
D

**ORIGINAL**

<u>**Citation for Personal Service – Department of Transportation**</u>

**Case Number: 2016CCV-62108-1**

THE STATE OF TEXAS

NOTICE TO DEFENDANT:   You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**TO: Benjamin Ortiz  26654 Players Cir.,  Apt 3,  Lutz, FL 33559-6210 OR 4505 NW 200 St., Miami Gardens, Florida  33055**

the Defendant, by serving in <u>**DUPLICATE**</u> copies to the **Texas Transportation Commission, Mr. Tryon D. Lewis, By Serving His Designated Agent, THE OFFICE OF GENERAL COUNSEL, 125 E. 11th Street, Austin, Texas 78711-2483**

GREETING:   You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition, Civil Case Information Sheet;** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable <u>**Robert J. Vargas, County Court at Law #1**</u> of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said Plaintiff's Original Petition was filed on the 12th day of September, 2016. A copy of same accompanies this citation.

The file number of said suit being Number:  **2016CCV-62108-1**

The style of the case is:  **Cynthia R Perez  vs.  Benjamin Ortiz,Knight Transportation,Knight Transportation, Inc.**

Said petition was filed in said court by **David A Huerta** attorney for Plaintiff, whose address is **924 Leopard, Corpus Christi, TX  78401.**

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **21st day of September, 2016.**

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: *Martha Hominick* Deputy
Martha Hominick

## RETURN OF SERVICE

2016CCV-62108-1

**CYNTHIA R PEREZ**
VS.
**BENJAMIN ORTIZ, KNIGHT
TRANSPORTATION, KNIGHT
TRANSPORTATION, INC.**

COUNTY COURT AT LAW #1

_____

Name

**ADDRESS FOR SERVICE**
**Benjamin Ortiz,** 26654 Players Cir., Apt 3
Lutz, FL  33559-6210  OR 4505 NW 200 St., Miami Gardens, FL.
33055

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in
_____ County, Texas by delivering to the within named defendant in person, a true copy of this Notice of Petition
to Suspend License with the date of delivery endorsed thereon, together with the accompanying copy of the
_____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|------------------------------------------|
|      |           |                                          |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

| Fees: | | _____, | Officer |
|-------|-|-------------------------------|---------|
| Serving Petition and Copy | $_____ | _____, | County, Texas |
| Total | $_____ | By _____, | Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Notice of Petition to Suspend
License shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff,
constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
               (First, Middle, Last)
address is _____
               (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20_____.

SEE ATTACHED
AFFIDAVIT

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

## Citation for Personal Service – Department of Transportation



### Case Number: 2016CCV-62108-1

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**TO: Benjamin Ortiz  26654 Players Cir., Apt 3,  Lutz, FL 33559-6210 OR 4505 NW 200 St., Miami Gardens, Florida  33055**

the Defendant, by serving in **DUPLICATE** copies to the **Texas Transportation Commission, Mr. Tryon D. Lewis, By Serving His Designated Agent,  THE OFFICE OF GENERAL COUNSEL,  125 E. 11th Street, Austin, Texas 78711-2483**

GREETING: You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition, Civil Case Information Sheet;** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable **Robert J. Vargas, County Court at Law #1** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Plaintiff's Original Petition was filed on the 12th day of September, 2016. A copy of same accompanies this citation.

The file number of said suit being Number:  **2016CCV-62108-1**

The style of the case is:  **Cynthia R Perez  vs.  Benjamin Ortiz,Knight Transportation,Knight Transportation, Inc.**

Said petition was filed in said court by **David A Huerta** attorney for Plaintiff, whose address is **924 Leopard, Corpus Christi, TX  78401.**

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **21st day of September, 2016.**

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: *Martha Hominick* , Deputy
Martha Hominick

## RETURN OF SERVICE

2016CCV-62108-1

**CYNTHIA R PEREZ**
**VS.**
**BENJAMIN ORTIZ,KNIGHT**
**TRANSPORTATION,KNIGHT**
**TRANSPORTATION, INC.**

COUNTY COURT AT LAW #1

Name _____

**ADDRESS FOR SERVICE**
Benjamin Ortiz, 26654 Players Cir., Apt 3
Lutz, FL 33559-6210 OR 4505 NW 200 St, Miami Gardens, FL.
33055

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in
_____ County, Texas by delivering to the within named defendant in person, a true copy of this Notice of Petition
to Suspend License with the date of delivery endorsed thereon, together with the accompanying copy of the
_____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|------------------------------------------|
| | | |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Fees: _____, Officer
Serving Petition and Copy  $_____ _____, County, Texas
Total  $_____  By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Notice of Petition to Suspend
License shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff,
constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
            (First, Middle, Last)
address is _____
            (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

# AFFIDAVIT OF DELIVERY

State of Texas         Nueces County        County Court at Law Number One

Cause Number: 2016CCV-62108-1

Cynthia R. Perez, Plaintiff

vs.

Benjamin Ortiz, Knight Transportation, Knight Transportation, Inc., Defendants

DOCUMENTS: Citation for Personal Service- Department of Transportation with
                Plaintiff's Original Petition and Civil Case Information Sheet

CAME TO MY HAND ON: September 21, 2016, at 3:15 p.m.

DOCUMENTS DELIVERED BY ME ON: September 28, 2016 at 12:02 p.m.

DELIVERED BY ME AT: 125 East 11ᵗʰ Street, 6ᵗʰ Floor
                      Austin, Travis County, Texas 78701

__X__ Personally delivered by me the documents (two true and correct copies of the Citation for Personal Service with Plaintiff's Original Petition and Civil Case Information Sheet) **TO KNIGHT TRANSPORTATION BY DELIVERING IN DUPLICATE COPIES TO THE TEXAS TRANSPORTATION COMISSION; MR. TRYON D. LEWIS BY SERVING ITS DESIGNATED AGENT, THE OFFICE OF THE GENERAL COUNSEL AND ACCEPTED BY ALICIA RAMON-KANE, ADMINISTRATIVE ASSISTANT OFFICE OF THE GENERAL COUNSEL/AUTHORIZED PERSON.**

I, Joe R. Perez, Perez Service Company, am over the age of sixteen, and am neither a party to or interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH. I have never been convicted of a felony or misdemeanor involving moral turpitude in any State or Federal Jurisdiction, and have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statues relating to service of citations and notices. I am certified by the Supreme Court of Texas and whose Certification Number is SCH 1527. The expiration date is September 30, 2017.

Joe R. Perez SCH 1527 Process Server
Perez Service Company
P.O. Box 18432
1650 South Brownlee Blvd.
Corpus Christi, Texas 78404

The foregoing "Affidavit of Delivery" was SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on the __30ᵗʰ__ day of _____, 2016

Notary Public-State of Texas

MELISSA MARTINEZ
My Commission Expires
August 12, 2017


DEFENDANT'S EXHIBIT
E

ORIGINAL

## Citation for Personal Service – Department of Transportation

### Case Number: 2016CCV-62108-1

### THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**TO: Knight Transportation  115232 Stoney Creek Road,  Noblesville, IN 46060**

the Defendant, by serving in **DUPLICATE** copies to the, **Texas Transportation Commission, Mr. Tryon D. Lewis, By Serving His Designated Agent,  THE OFFICE OF GENERAL COUNSEL, 125 E. 11th Street, Austin, Texas 78701-2483.**

GREETING:   You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition, Civil Case Information Sheet;** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable **Robert J. Vargas, County Court at Law #1** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said Original Petition Documents E-filed (Plaintiff's Original Petition) was filed on the 12th day of September, 2016. A copy of same accompanies this citation.

The file number of said suit being Number:  **2016CCV-62108-1**

The style of the case is:  **Cynthia R Perez vs.  Benjamin Ortiz,Knight Transportation,Knight Transportation, Inc.**

Said petition was filed in said court by **David A Huerta** attorney for Plaintiff, whose address is **924 Leopard, Corpus Christi, TX  78401.**

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.   Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **21st day of September, 2016.**

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Martha Hominick_ Deputy
Martha Hominick

## RETURN OF SERVICE

**2016CCV-62108-1**

**CYNTHIA R PEREZ**
VS.
**BENJAMIN ORTIZ,KNIGHT
TRANSPORTATION,KNIGHT
TRANSPORTATION, INC.**

COUNTY COURT AT LAW #1

_____
Name

**ADDRESS FOR SERVICE**
Knight Transportation
115232 Stoney Creek Road
Noblesville, IN 46060

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in
_____ County, Texas by delivering to the within named defendant in person, a true copy of this Notice of Petition
to Suspend License with the date of delivery endorsed thereon, together with the accompanying copy of the
_____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|------------------------------------------|
| | | |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Fees: _____, Officer
Serving Petition and Copy   $_____   _____, County, Texas
Total   $_____   By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Notice of Petition to Suspend
License shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff,
constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
         (First, Middle, Last)
address is _____
         (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

SEE ATTACHED
AFFIDAVIT



**Citation for Personal Service – Department of Transportation**

### Case Number: 2016CCV-62108-1

THE STATE OF TEXAS

NOTICE TO DEFENDANT:   You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**TO: Knight Transportation  115232 Stoney Creek Road,  Noblesville, IN 46060**

the Defendant, by serving in **DUPLICATE** copies to the, **Texas Transportation Commission, Mr. Tryon D. Lewis, By Serving His Designated Agent,  THE OFFICE OF GENERAL COUNSEL, 125 E. 11th Street, Austin, Texas 78701-2483.**

GREETING:   You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition, Civil Case Information Sheet;** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable **Robert J. Vargas, County Court at Law #1** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said Original Petition Documents E-filed (Plaintiff's Original Petition) was filed on the 12th day of September, 2016. A copy of same accompanies this citation.

The file number of said suit being Number:   **2016CCV-62108-1**

The style of the case is:  **Cynthia R Perez  vs.  Benjamin Ortiz, Knight Transportation, Knight Transportation, Inc.**

Said petition was filed in said court by **David A Huerta** attorney for Plaintiff, whose address is **924 Leopard, Corpus Christi, TX  78401.**

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.   Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **21st day of September, 2016.**

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: Martha Hominick, Deputy
Martha Hominick

## RETURN OF SERVICE

**2016CCV-62108-1**

**CYNTHIA R PEREZ**
**VS.**
**BENJAMIN ORTIZ,KNIGHT**
**TRANSPORTATION,KNIGHT**
**TRANSPORTATION, INC.**

COUNTY COURT AT LAW #1

_____

Name

**ADDRESS FOR SERVICE**
**Knight Transportation**
115232 Stoney Creek Road
Noblesville, IN 46060

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in
_____ County, Texas by delivering to the within named defendant in person, a true copy of this Notice of Petition
to Suspend License with the date of delivery endorsed thereon, together with the accompanying copy of the
_____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|------------------------------------------|
|      |           |                                          |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Fees:
Serving Petition and Copy $_____   _____, Officer
Total  $_____   _____, County, Texas
By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Notice of Petition to Suspend
License shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff,
constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
(First, Middle, Last)
address is _____
(Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **CYNTHIA R. PEREZ** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.  2:16-cv-436** |
| | § | |
| **BENJAMIN ORTIZ, KNIGHT** | § | |
| **TRANSPORTATION AND KNIGHT** | § | |
| **TRANSPORTATION, INC.** | § | **JURY REQUESTED** |

## LIST OF PARTIES, COUNSEL OF RECORD AND STATUS

**PLAINTIFF:**                                                **DEFENDANTS:**
**Cynthia R. Perez**                               Knight Transportation, Inc.
                                                    Knight Transportation
                                                      Benjamin Ortiz

## ATTORNEYS:

**ATTORNEY FOR PLAINTIFF:**               **ATTORNEY FOR DEFENDANT**
David Huerta                                       Roger D. Oppenheim
SBN:  00796792                                  SBN:  15293400
FBN:                                                FBN:  14205
**HUERTA GUERRA BEAM, PLLC**              **LORANCE & THOMPSON, PC**
924 Leopard Street                                   2900 North Loop West, Ste. 500
Corpus Christi, TX 78401                           Houston, TX 77092
361/884-1632                                        713/868-5560
361/884-7013 (fax)                                  713/864-4671 (fax)
dhuerta@hgblawfirm.com                         rdo@lorancethompson.com

## STATUS OF REMOVED CASE:

September 12, 2016      Plaintiff's Original Petition with Requests for Disclosure

October 19, 2016         Defendants' Notice of Removal

Defendants, Knight Transportation, Knight Transportation, Inc. and Benjamin Ortiz, have been served with the Plaintiff's Original Petition with Requests for Disclosure.  Defendants have not filed responses to written discovery.  No depositions have been taken.  The matter has not been mediated.  The case has no trial setting or other court ordered deadlines.

Respectfully submitted,

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim
FBN:  14206
SBN:  15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
BENJAMIN ORTIZ, KNIGHT TRANSPORTATION
AND KNIGHT TRANSPORTATION, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of October, 2016, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Mr. David A. Huerta
Huerta Guerra Beam, PLLC
924 Leopard Street
Corpus Christi, TX 78401
dhuerta@hgblawfirm.com

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim