United States District Court
Southern District of Texas
**ENTERED**
December 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CYNTHIA R. PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-436 |
| | § | |
| BENJAMIN ORTIZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Parties' Stipulation of Dismissal of Defendants (D.E. 25), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 20th day of December, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1